UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MALIK ABDULLAH,  )<br>  )<br>      Plaintiff,  )<br>  )<br>v.  )<br>  )<br>UMASS CORRECTIONAL HEALTH  )<br>CARE, et al.,  )<br>  )<br>      Defendants.  )<br>  ) | Civil Action No. 14-12775-DJC |

## ORDER

**CASPER, J.**                                                                                                                                    March 17, 2015

Malik Abdullah was a named plaintiff in <u>Stote v. UMass Correctional Health</u>, C.A. No. 13-10267-NMG, a civil rights action filed by MCI Norfolk inmate John E. Stote in which he and over one hundred other prisoners claimed that medical care at MCI Norfolk was inadequate.

In an order dated June 25, 2014, the Court ordered that the claims of each plaintiff be severed and that a separate case be opened up for each individual plaintiff. <u>See</u> <u>id.</u> (D. 20). The order directed each plaintiff who wanted to prosecute his own claims to pay the $400 filing fee or file an Application to Proceed in District Court Without Prepaying Fees or Costs within sixty days and that the failure to pay the fee or seek leave to proceed without payment of the fee may result in dismissal of the individual action without prejudice. The Clerk mailed a copy of Judge Gorton's order and the form Application to Abdullah in June 2014.

The sixty-day period has expired without any response from Abdullah. The documents the Clerk sent to him were not returned as undeliverable and a public website (vinelink.com) indicates that he is still confined at MCI Norfolk.

Accordingly, this action is DISMISSED WITHOUT PREJUDICE. No filing fee shall be assessed.

**So ordered.**

                                                                                       /s/ Denise J. Casper
                                                                                        United States District Judge